S.D.N.Y.
07-cv-3494
Cote, *J.*
09-cv-1086
Rakoff, *J.*

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand sixteen.

Present:

Robert D. Sack,
Denny Chin,
Susan L. Carney,
*Circuit Judges.*

---

Ritchie Capital Management, L.L.C., et al.,

*Plaintiffs-Appellants*,

v. No. 15-3207

Coventry First LLC, et al.,

*Defendants-Appellees*.

---

Ritchie Risk-Linked Strategies Trading (Ireland), Limited, et al.,

*Plaintiffs-Counter-Defendants-Appellants*,

v. No. 15-3214

Coventry First LLC, et al.,

*Defendants-Counter-Claimants-Appellees*.

---

Appellants moved for reconsideration of this Court's December 4, 2015 order denying their motion to consolidate and granting Appellees' motion to dismiss. On March 8, 2016, we requested additional briefing from Appellees.

The panel has considered the motion for reconsideration and additional briefing. It is hereby ORDERED that the motion for reconsideration is DENIED, as no final judgment or order was ever rendered in the underlying action.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

